UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    AFFIDAVIT OF SERVICE

---

THE CITY OF NEW YORK,

PLAINTIFF

-AGAINST-

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

DEFENDANT

CIVIL ACTION: 19  CV  2125

LAW DEPT.:2018-056294

---

State of NEW YORK, County of  NEW YORK,

ASTON VERLEY, being duly sworn, deposes and says that deponent is not a party to this action and is 18 years of age or older.

That on  March 11th, 2019 at 4:29 P.M. at 1 State Street Plaza, 20th Floor, New York, NY 10004 deponent served the within Cover Letter, Summons and Complaint, E-Filing Notice, no fee tendered, on Superintendent of Financial Services, New York State Department of Financial Services the NY State Agency therein named.

| CORPORATION, GOVERNMENTAL SUBDIVISION, AND LIMITED PARTNERSHIPS | ☒ A NY State Agency, by delivering thereat a true copy to an Authorized Agent for the NY State Department of Financial Services Personally, and deponent knew said State Agency so served to be the Legal Entity described in said Summons and Complaint as said Party and knew said individual to be the authorized agent thereof. |
|---|---|

| DESCRIPTION USE WITH 1, 2 OR 3 | ☒ Deponent describes individual served as follows: | | | | | | |
|---|---|---|---|---|---|---|---|
| | ☒Female Lbs. | ☐Black Skin | ☐Black Hair | ☐White Hair | ☐14-20 Yrs. | ☐Under 5' | ☐Under 100 |
| | ☐Male | ☒Brown Skin | ☐Blond Hair | ☐Balding | ☒21-35 Yrs. | ☐5'0"-5'3" | ☐100-130 Lbs. |
| | | ☐Red Skin | ☐Brown Hair | ☐Beard | ☐36-50 Yrs. | ☒5'4"-5'8" | ☐131-160 Lbs. |
| | | ☐White Skin | ☐Gray Hair | ☐Glasses | ☐51-65 Yrs. | ☐5'9"-6'0" | ☐161-200 Lbs. |
| | | ☐Yellow Skin | ☐Yellow Hair | ☐Mustache | ☐Over 65 Yrs. | ☐Over 6' | ☐Over 200 Lbs. |
| | ☐Other | | | | | | |

Sworn to before me this
11th day of March 2019

MOSES SAMUEL WILLIAMS
Commissioner of Deeds
City of New York No. 14919
Certificate Filed In Kings County
Commission Expires Aug. 1, 2019

NOTARY PUBLIC                                   ASTON VERLEY