

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ANJAN MISHRA
*Assistant Corporation Counsel*
Phone: (212) 356-2035
Fax: (212) 356-2038
amishra@law.nyc.gov

January 29, 2020

**Via ECF**
The Honorable Alison J. Nathan
United States District Judge, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> Re: *City of New York v. Travelers Prop. Cas. Co. of Am.*, No. 19 Civ. 2125 (AJN);
> *City of New York v. Travelers Indem. Co.*, No. 19 Civ. 2746 (AJN);
> *City of New York v. Travelers Indem. Co.*, No. 19 Civ. 4083 (AJN)

Dear Judge Nathan:

This office represents the plaintiffs, the City of New York and the Central Park Conservancy ("Plaintiffs") in the above-captioned cases. In accordance with the Court's Memorandum & Order dated January 16, 2020,[1] we write to notify the Court that Plaintiffs intend to discontinue these actions without prejudice to their rights relating to the underlying personal-injury actions and without prejudice to Plaintiffs' rights with respect to the merits of their declaratory-judgment claims. **SO ORDERED**

Thank you for Your Honor's time and attention to these matters.

Respectfully submitted,

Anjan Mishra
Assistant Corporation Counsel
Affirmative Litigation Division

> The Clerk of Court is respectfully directed to close these three actions.
> SO ORDERED.

Cc: Counsel of record (via ECF)

---

[1] *See* Case No. 19 Civ. 02125, ECF No. 37; Case No. 19 Civ. 2746, ECF No. 20; Case No. 19 Civ. 4083, ECF No. 19.

SO ORDERED: 1/30/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE